## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **George Davalos** <br> aka George A. Davalos <br> aka George Andri Davalos <br> aka Grey Bear Davalos <br> fdba Tribal Comanche Lands <br><br> Debtor 1 | Chapter: 13 <br><br><br><br> Case No.: 5:17-bk-02163-RNO |
| **Charles J DeHart, III (Trustee)** <br><br> vs.    Movant(s) <br><br> **George Davalos** <br> aka George A. Davalos <br> aka George Andri Davalos <br> aka Grey Bear Davalos <br> fdba Tribal Comanche Lands <br>             Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: January 23, 2020        By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17