# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 1/23/2020
Case: 5:17–bk–02163–RNO     Form ID: pdf010     Total: 34

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
4949560     CIT Bank, N.A.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com
cr     Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov
aty     Andrew L Spivack     pamb@fedphe.com
aty     Kevin S Frankel     pa–bk@logs.com
aty     Robert J Kidwell, III     rkidwell@newmanwilliams.com
aty     Thomas Song     pamb@fedphe.com
aty     Vincent Rubino     VRubino@newmanwilliams.com
aty     William E. Craig     ecfmail@mortoncraig.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     George Davalos     c/o Susana Davalos     PO Box 531     Bartonsville, PA 18321–0531
cr     CIT Bank, N.A.     75 North Fair Oaks Avenue     Pasadena, CA 91103
cr     AmeriCredit Financial Services, Inc.A/C dba GM Financial     PO Box 183853     Arlington, TX 76096
cr     Celink     2900 Esperanza Crossing     Austin, TX 78758
cr     Americredit Financial Services, Inc., d/b/a GM Financial     4000 Embarcadero Dr.     Arlington, TX 76014
4936948     AmeriCredit Financial Services, Inc.A/C dba GM Fin     PO Box 183853     Arlington, TX 76096
4929471     Americredit Financial Services, Inc. dba GM Financ     P O Box 183853     Arlington, TX 76096
4925456     CIT BANK NA     6900 BEATRICE DRIVE     KALAMAZOO, MI 49009
4949561     CIT Bank, N.A.     2900 Esperanza Crossing     Austin, TX 78758
4925457     CITIBANK     701 EAST 60TH ST N     SIOUX FALLS, SD 57117
4925458     CREDIT ONE BANK     PO BOX 98873     LAS VEGAS, NV 89193–8873
4974190     Directv, LLC     by American InfoSource LP as agent     PO Box 5008     Carol Stream, IL 60197–5008
4925459     ENHANCED RECOVERY COMPANY     8014 BAYBERRY ROAD     JACKSONVILLE, FL 32256–7412
4925460     GM FINANCIAL     PO BOX 181145     ARLINGTON, TX 76096
4925461     HAMILTON TOWNSHIP TAX COLL     JUDI WARNER     PO BOX 308     SCIOTA, PA 18354
4925462     LVNV FUNDING     PO BOX 10497     GREENVILLE, SC 29603
4957445     LVNV Funding, LLC its successors and assigns as     assignee of FNBM, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603–0587
4925463     MCCABE WEISBERG & CONWAY     123 SOUTH BROAD STREET     SUITE 1400     PHILADELPHIA, PA 19109
4925464     MIDLAND FUNDING     2365 NORTHSIDE DR STE 300     SAN DIEGO, CA 92108
4925465     MONROE COUNTY TAX CLAIM BUREAU     1 QUAKER PLAZA, ROOM 104     STROUDSBURG, PA 18360
5094827     The Bank of New York Mellon Trust Company, N.A. a     c/o Celink     2900 Esperanza Crossing     Austin, TX 78758
5094828     The Bank of New York Mellon Trust Company, N.A. a     c/o Celink     2900 Esperanza Crossing     Austin, TX 78758     The Bank of New York Mellon Trust Compan     c/o Celink
4949375     U.S. Bank National Association, as Trustee     Wells Fargo Bank, N.A.     Default Document Processing     N9286–01Y     1000 Blue Gentian Road     Eagan, MN 55121–7700
4925466     WELLS FARGO HOME MORTGAGE     PO BOX 10335     DES MOINES, IA 50306

TOTAL: 24